**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Patrick Charles Smith | ) | Chapter 7 |
| Sandra Elaine Smith | ) | Case No. 05-53455-SCS |
| Debtors. | ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF A SMALL DIVIDEND**

David R. Ruby, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Patrick Charles and Sandra Elaine Smith (collectively, the "Debtors"), hereby respectfully submits the following report on the deposit of a small dividend:

Pursuant to Fed. R. Bankr. P. 3010, the Trustee mailed to the Clerk of the United States Bankruptcy Court on December 23, 2009 a check in the amount of $3.43 constituting the dividend owed to the following creditor in this case:

>Verizon Wireless Northeast
>AFNI/Verizon Wireless
>404 Brock Drive
>Norfolk, VA 23501
>(Claim #12)

Respectfully submitted,

   /s/David R. Ruby
David R. Ruby
Chapter 7 Trustee

Date of Report: December 29, 2009

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
McSWEENEY, CRUMP, CHILDRESS & TEMPLE, P.C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
Email: druby@mcsweeneycrump.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 29th day of December, 2009, a true and accurate copy of the foregoing Report of Deposit of Small Dividends was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

| | |
|---|---|
| Kenneth N. Whitehurst, III, Esquire* <br> Office of the U.S. Trustee <br> Room 625, Federal Building <br> 200 Granby Street <br> Norfolk, Virginia 23510 <br> [Kenneth.N.Whitehurst@usdoj.gov] | Jennifer T. Atkinson, Esquire* <br> Harry Jernigan CPA Attorney P.C. <br> 258 N. Witchduck Road, Suite C <br> Virginia Beach, VA 23462 <br> [Debtors' Counsel] <br> <br> Verizon Wireless Northeast <br> AFNI/Verizon Wireless <br> 404 Brock Drive <br> Norfolk, VA 23501 <br> [Claimant] |

        /s/ David R. Ruby
        David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by first class U.S. Mail, postage prepaid.]